UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LOGAN,<br><br>                Plaintiff,<br><br>    vs.<br><br>SGT. S.L. ROSS, ET AL.,<br><br>                Defendants. | CASE NO. ED CV 08-00637 DSF (RZ)<br><br>ORDER ACCEPTING SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Second Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Second Report.

DATED: 5/9/11

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE