O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE LOGAN, | ) | CASE NO. ED CV 08-00637 DSF (RZ) |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT |
| SGT. S.L. ROSS, ET AL., | ) ) | |
| Defendants. | ) ) | |

    Pursuant to the Court's Order Accepting the Second Report and Recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: 5/9/11

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE